UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ELIASSEN GROUP, LLC and<br>EG LIFE SCIENCES LLC,<br><br> Plaintiffs,<br><br>v.<br><br>JAYNE GILL and GLENN HAEGLE,<br><br> Defendants. | Civil Action No. 1:19-cv-10470 |

**CORPORATE DISCLOSURE STATEMENT OF**
**PLAINTIFF ELIASSEN GROUP, LLC**

 Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Eliassen Group, LLC discloses that it is a Limited Liability Company organized under the laws of the State of Delaware. Eliassen Group, LLC has no parent corporation and there is no publicly held corporation that owns more than 10% of the company.

      Respectfully submitted,

      ELIASSEN GROUP, LLC,

      By its attorneys,

      /s/ Christopher R. O'Hara
      Christopher R. O'Hara (BBO #548611)
      cohara@toddweld.com
      Suzanne Elovecky (BBO # 670047)
      selovecky@toddweld.com
      TODD & WELD LLP
      One Federal Street, 27th Floor
      Boston, MA 02110
Dated: March 13, 2019    (617) 720-2626

Case 1:19-cv-10470-GAO   Document 2   Filed 03/13/19   Page 2 of 2

2

## **CERTIFICATE OF SERVICE**

      I, Christopher R. O'Hara hereby certify that this document has been filed through the ECF system, will be sent electronically to the registered participants as identified on the notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

                                                        /s/ Christopher R. O'Hara
                                                        Christopher R. O'Hara

Dated: March 13, 2019

4824-9749-0058, v. 1