UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ELIASSEN GROUP, LLC and<br>EG LIFE SCIENCES, LLC<br><br>Plaintiff,<br><br>v.<br><br>JAYNE GILL, and GLENN HAEGLE<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:19-cv-10470 |

**EMERGENCY MOTION BY ELIASSEN GROUP, LLC FOR LEAVE TO
HAVE UNITED STATES MARSHAL'S OFFICE
SERVE THE SUMMONS AND COMPLAINT
<u>UPON DEFENDANT GLENN HAEGLE</u>**

Pursuant to Fed. R. Civ. P. 4(c)(3), Plaintiffs Eliassen Group, LLC and EG Life Sciences, LLC hereby move that the Court Order that the U.S. Marshal's office located in Tampa, FL serve a copy of the Summons and Complaint upon the Defendant, Glenn Haegle, 11917 Frost Aster Drive, Riverview, FL 33579.  As grounds for this Motion, Eliassen states as follows:

1. On March 14, 2019, Plaintiffs' Counsel served Defendants Jayne Gill and attempted to serve Glenn Haegle each by certified mail, return receipt requested, in accordance with Fed. R Civ. P. 4(e)(1).  A true copy of the correspondence to Defendant Mr. Haegle is attached as *Exhibit A*.  Service was successful upon Defendant Jayne Gill (ECF No. 7), but to date, despite two notices from the U.S. Postal Service to Mr. Haegle, Mr. Haegle has refused to pick up his certified mail/return receipt requested enclosing the Summons and Complaint.  See U.S. Postal Service's Tracking Information attached hereto as *Exhibit B*.

2

2. On information and belief, the Defendant Glenn Haegle, who was made aware that the Plaintiffs had filed a civil complaint against him via e-mail, has been attempting to avoid service of the Summons and Complaint.

3. Accordingly, pursuant to Fed. R. Civ. P. 4(c)(3), Plaintiffs respectfully request that the Court order the U.S. Marshal's office in the Middle District of Florida, U.S. Marshal: William B. Berger, Sr., U.S. Courthouse, 801 N. Florida Avenue, 4th Floor, Tampa, FL 33602-4519 [Tel. (813) 483-4200] to effectuate hand delivered service upon the Defendant Glenn Haegle forthwith and return the executed proof of service to Plaintiffs' counsel, Christopher R. O'Hara, Esq., Todd & Weld, LLP, One Federal Street, 27th Floor, Boston, MA 02110.

4. The Defendants will not suffer any prejudice from the allowance of this motion.

/s/ Christopher R. O'Hara
Christopher R. O'Hara (BBO# 548611)
Suzanne Elovecky (BBO # 670047)
TODD & WELD LLP
One Federal Street, 27th Floor
Boston, MA 02110
(617) 720-2626
cohara@toddweld.com

Dated: March 25, 2019

**CERTIFICATE OF SERVICE**

I, Christopher R. O'Hara hereby certify that this document has been filed through the ECF system, will be sent electronically to the registered participants as identified on the notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

/s/ Christopher R. O'Hara
Christopher R. O'Hara

Dated: March 25, 2019