# Exhibit B

# USPS Tracking® FAQs › (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package +

**Tracking Number:** 70181830000164713912    Remove ✕

We attempted to deliver your item at 11:51 am on March 23, 2019 in RIVERVIEW, FL 33579 and a notice was left because an authorized recipient was not available.

## Delivery Attempt

March 23, 2019 at 11:51 am
Notice Left (No Authorized Recipient Available)
RIVERVIEW, FL 33579

Feedback

**Text & Email Updates** 

**Tracking History** 

**March 23, 2019, 11:51 am**
Notice Left (No Authorized Recipient Available)
RIVERVIEW, FL 33579
We attempted to deliver your item at 11:51 am on March 23, 2019 in RIVERVIEW, FL 33579 and a notice was left because an authorized recipient was not available.

**March 20, 2019**
Redelivery Scheduled
RIVERVIEW, FL 33579

**March 18, 2019, 3:26 pm**
Notice Left (No Authorized Recipient Available)
RIVERVIEW, FL 33579

**March 18, 2019, 10:52 am**
Out for Delivery
RIVERVIEW, FL 33579

**March 18, 2019, 10:42 am**
Sorting Complete
RIVERVIEW, FL 33579

**March 17, 2019, 10:13 am**
Arrived at Hub
RIVERVIEW, FL 33569

**March 17, 2019, 2:15 am**
Arrived at USPS Regional Facility
YBOR CITY FL DISTRIBUTION CENTER

**March 16, 2019**
In Transit to Next Facility

**March 14, 2019, 9:34 pm**
Arrived at USPS Regional Facility
NASHUA NH DISTRIBUTION CENTER

Feedback

**Product Information** ⌄

See Less ︿

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**

**The easiest tracking number is the one you don't have to know.**

Feedback

With Informed Delivery®, you never have to type in another tracking number. Sign up to:

- See images* of incoming mail.

- Automatically track the packages you're expecting.

- Set up email and text alerts so you don't need to enter tracking numbers.

- Enter USPS Delivery Instructions™ for your mail carrier.

**Sign Up**

**(https://reg.usps.com/entreg/RegistrationAction_input?app=UspsTools&appURL=https%**

*NOTE: Black and white (grayscale) images show the outside, front of letter-sized envelopes and mailpieces that are processed through USPS automated equipment.