UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ELIASSEN GROUP, LLC and <br> EG LIFE SCIENCES LLC, <br>     Plaintiff, <br><br> v. <br><br> JAYNE GILL and GLENN HAEGLE, <br>     Defendants. | Civil Action No. 1:19-cv-10470 |

## PLAINTIFFS' WITHDRAWAL OF THEIR EMERGENCY MOTION TO HAVE U.S. MARSHALL SERVE DEFENDANT GLENN HAEGLE

Plaintiffs Eliassen Group, LLC and EG Life Sciences LLC hereby move to withdraw their previously filed Emergency Motion to Have U.S. Marshall Serve Defendant Glenn Haegle (ECF No. 8) in the above-captioned action.  As grounds for this motion, the Plaintiffs state that on March 27, 2019, Mr. Haegle accepted service of the Summons and Complaint sent to him via certified mail on or about March 14, 2019.  A copy of the tracking receipt is attached hereto as *Exhibit A*.  Accordingly, Plaintiffs' Motion to Have U.S. Marshall serve Mr. Haegle is now moot and Plaintiffs hereby withdraw that motion.

Respectfully submitted,
**ELIASSEN GROUP, LLC and EG LIFE SCIENCES, LLC**
By their attorneys,

/s/  Christopher R. O'Hara
Christopher R. O'Hara (BBO # 548611)
cohara@toddweld.com
Suzanne Elovecky (BBO # 670047)
selovecky@toddweld.com
TODD & WELD LLP
One Federal Street, 27th Floor
Boston, MA  02110
(617) 720-2626

Dated:  March 28, 2019

## CERTIFICATE OF SERVICE

    I, Christopher R. O'Hara, hereby certify that this document has been filed through the ECF system, will be sent electronically to the registered participants as identified on the notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

                                                                 /s/ Christopher R. O'Hara
                                                                 Christopher R. O'Hara

Dated: March 28, 2019