# EXHIBIT A

Case 1:19-cv-10470-GAO   Document 9-1   Filed 03/28/19   Page 1 of 3

# USPS Tracking®   FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

## Track Another Package +

**Tracking Number:** 70181830000164713912    Remove ✕

Your item was picked up at a postal facility at 9:49 am on March 27, 2019 in RIVERVIEW, FL 33569.

## ✓ Delivered

March 27, 2019 at 9:49 am
Delivered, Individual Picked Up at Postal Facility
RIVERVIEW, FL 33569

Get Updates ∨

---

Text & Email Updates    ∨

---

Tracking History    ∨

---

Product Information    ∨

---

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.



Christopher R. O'Hara
E-mail: cohara@toddweld.com

March 14, 2019

*Via Certified Mail*
*RETURN RECEIPT REQUESTED*

Glenn Haegle
11917 Frost Aster Drive
Riverview, FL 33579

  Re: *Eliassen Group, LLC, et al. v. Jayne Gill, et al.*
     *U.S. District Court Civil Action No. 1:19-CV-01470-GAO*

Dear Mr. Haegle:

This firm represents Plaintiffs Eliassen Group, LLC and EG Life Sciences LLC in connection with a lawsuit commenced against you in the United States District Court for the District of Massachusetts.

I enclose a copy of the Summons and Complaint filed against you in the United States District Court for the District of Massachusetts. Service is hereby being made upon you in accordance with Fed. R. Civ. P. 4(e)(1) and Mass. R. Civ. P. 4(e)(3).

Please be advised that the service of the Summons and Verified Complaint obligates you to file an answer and/or otherwise respond to the Verified Complaint within 21 days after the service of the Summons and Verified Complaint.

Very truly yours,

Christopher R. O'Hara



(laint and Jury Demand)

Todd & Weld LLP • Attorneys at Law • One Federal Street, Boston, MA 02110 • T: 617.720.2626 • F: 617.227.5777 • www.toddweld.com