AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| Eliassen Group, LLC and EG Life Sciences LLC <br> *Plaintiff* <br> v. <br> Jayne Gill and Glenn Haegle <br> *Defendant* | ) ) ) ) ) ) Case No. 19-cv-10470 |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Eliassen Group, LLC and EG Life Sciences LLC

Date:   03/29/2019

*Attorney's signature*

Suzanne Elovecky (BBO # 670047)
*Printed name and bar number*

Todd & Weld LLP
One Federal St., 27th Fl.
Boston, MA 02110

*Address*

selovecky@toddweld.com
*E-mail address*

(617) 720-2626
*Telephone number*

(617) 227-5777
*FAX number*